The Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRAVELERS COMPANIES, INC., PRINCE SPORTS HOLDINGS, INC. and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PENNSYLVANIA,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>EXPEDITORS INTERNATIONAL OCEAN and EXPEDITORS INTERNATIONAL OF WASHINGTON, INC,,<br><br>　　　　　　　　　　　Defendants. | IN ADMIRALTY AND AT LAW<br><br>No. C10-05149<br><br>STIPULATED MOTION TO TRANSFER ACTION TO SEATTLE AND ORDER<br><br>Without Oral Argument:  April 6, 2010 |

## I.   INTRODUCTION AND RELIEF REQUESTED

Defendant Expeditors International Ocean, Inc. ("Expeditors") currently is a defendant in another action, Case Number C10-0444 RAJ, which was instituted in this Court's Seattle Division by another plaintiff to recover alleged damages arising out of the same incident. Because the two actions involve common questions of law and fact, the parties respectfully request that the Court transfer the matter to the Seattle Division to promote judicial economy. By separate motion, the parties have requested that the Court in Case Number C10-0444 RAJ consolidate the two actions in Seattle.

STIPULATED MOTION TO TRANSFER - 1
Case No. C10-05149

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51062815.2

## II.   STATEMENT OF RELEVANT FACTS

This matter arises out of the loss of goods in containers allegedly lost from a ship owned and operated by ocean carrier Yang Ming Marine Transport Corporation, a Taiwanese corporation ("Yang Ming"), in coordination with ocean carrier Hanjin Shipping Company, Ltd. ("Hanjin"). Expediters, operating as a non-vessel operating common carrier, allegedly issued bills of lading to Plaintiffs' insureds and Life Fitness, Inc., who are shippers and owners of the allegedly lost goods. Expeditors contracted with Hanjin to ship Plaintiffs' goods and Life Fitness's goods from points overseas to the United States. On information and belief, Hanjin, pursuant to its vessel sharing agreement with Yang Ming, arranged for carriage of the containers on board a ship owned and operated by Yang Ming. During the journey, the vessel allegedly encountered severe weather, and several containers allegedly were lost.

While the current Plaintiffs filed suit in this Court's Tacoma Division, plaintiff Life Fitness, Inc., another shipper and owner of goods allegedly lost in the same incident, brought suit in the Seattle Division under Case Number C10-0444 RAJ. Expeditors is named as a defendant in both actions. Defendant Expeditors International of Washington, Inc., an ocean freight forwarder related to Expeditors, is named only in this action. Counsel for all parties have conferred and agreed to stipulate to consolidation of both actions in Seattle.

The parties have brought a Stipulated Motion to Consolidate the Tacoma Action with the Case Number C10-0444 RAJ in the Seattle Division. A copy of that motion is attached and incorporated by this reference.

## III.   STATEMENT OF ISSUES

Is stipulated transfer appropriate for this action where another action deriving from the same incident is pending in a different division of the same court?

## IV.   EVIDENCE RELIED UPON

This motion is based upon the pleadings and other papers previously filed in this action and the action pending in Seattle.

STIPULATED MOTION TO TRANSFER - 2
Case No. C10-05149

**FOSTER PEPPER PLLC**
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51062815.2

## V.  LEGAL AUTHORITY AND ARGUMENT

"For the convenience of parties and witnesses," the District Court has discretion to "transfer any civil action to any other district or division where it might have been brought." 28 U.S.C. § 1404(a). "The district court has a broad discretion under § 1404(a)." *Fannin v. Jones*, 229 F.2d 368, 370 (6th Cir. 1956).

The two actions before the Western District of Washington involve the same facts that will be established with the same evidence and through the testimony of the same witnesses. The legal issues are likewise identical. The parties agree that the Seattle Division is the more convenient forum. Granting this Motion to Transfer would promote judicial economy and minimize the burden on witnesses and parties.

## VI.  CONCLUSION

For the reasons presented above, the parties respectfully request that the Court grant this Motion and transfer the above-captioned matter to the Seattle Division.

DATED this 6th day of April, 2010.

        FOSTER PEPPER PLLC

        s/
        Steven W. Block, WSBA No. 24299
        Foster Pepper PLLC
        1111 Third Ave., Suite 3400
        Seattle, WA  98101
        Telephone:  206-447-4400
        Fax:  206-447-4400
        E-mail:  sblock@foster.com
        Attorneys for Defendant

STIPULATED MOTION TO TRANSFER - 3
Case No. C10-05149

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101-3299
PHONE (206) 447-4400   FAX (206) 447-9700

51062815.2

|   |   |
|---|---|
| 1 | |
| 2 | VI JEAN RENO |
| 3 | |
| 4 | s/ _____<br>Vi Jean Reno,  WSBA 9385 |
| 5 | Attorney at Law<br>999 3rd Ave., Suite 2525 |
| 6 | Seattle, WA  98104-4032<br>Telephone:  206-622-4100 |
| 7 | Fax:  206-624-8540<br>E-mail:  vjreno@RenoLawSea.com |
| 8 | Attorney for Plaintiff Life Fitness, Inc. |
| 9 | DANIELSON HARRIGAN LEYH &<br>TOLLEFSON, LLP |
| 10 | |
| 11 | |
| 12 | s/ _____<br>Charles Jordan, WSBA 19206 |
| 13 | Danielson Harrigan Leyh & Tollefson LLP<br>999 3rd Ave., Suite 4400 |
| 14 | Seattle, WA  98104-4017<br>Telephone:  206-623-1700 |
| 15 | Fax:  206-623-8717<br>E-mail:  chipj@dhlt.com |
| 16 | Attorneys for Tacoma Plaintiffs Travelers<br>Companies, Inc.; Prince Sports Holdings, Inc. |
| 17 | and National Union Fire Insurance Company<br>of Pittsburg, Pennsylvania |

STIPULATED MOTION TO TRANSFER - 4
Case No. C10-05149

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51062815.2

**ORDER**

This matter is before the Court on the stipulated motion of the parties to transfer this action to the Seattle Division of the Western District of Washington. The Court considered the Motion and is fully advised in the premises.

NOW, THEREFORE, IT IS HEREBY ordered, adjudged, and decreed that the Motion to Transfer is GRANTED.

DONE IN OPEN COURT this 7th day of April, 2010

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

FOSTER PEPPER PLLC

s/
Steven W. Block, WSBA No. 24299
Foster Pepper PLLC
1111 Third Ave., Suite 3400
Seattle, WA  98101
Telephone:  206-447-4400
Fax:  206-447-4400
E-mail:  sblock@foster.com
Attorneys for Defendant
Expediters International Ocean, Inc.

//

//

//

//

STIPULATED MOTION TO TRANSFER - 5
Case No. C10-05149

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51062815.2

Approved as to form;
Notice of presentation waived:

VI JEAN RENO


s/
Vi Jean Reno,  WSBA 9385
Attorney at Law
999 3rd Ave., Suite 2525
Seattle, WA  98104-4032
Telephone:  206-622-4100
Fax:  206-624-8540
E-mail:  vjreno@RenoLawSea.com
Attorney for Plaintiff Life Fitness, Inc.


DANIELSON HARRIGAN LEYH & TOLLEFSON, LLP


s/
Charles Jordan, WSBA 19206
Danielson Harrigan Leyh & Tollefson LLP
999 3rd Ave., Suite 4400
Seattle, WA  98104-4017
Telephone:  206-623-1700
Fax:  206-623-8717
E-mail:  chipj@dhlt.com
Attorneys for Tacoma Plaintiffs Travelers Companies, Inc.; Prince Sports Holdings, Inc. and National Union Fire Insurance Company of Pittsburg, Pennsylvania

STIPULATED MOTION TO TRANSFER - 6
Case No. C10-05149

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400  FAX (206) 447-9700

51062815.2